144 A.3d 713

**STATE of Maryland**

v.

**COHEN, Neil Francis**

**Pet. Docket No. 583, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 713

**STATE of Maryland**

v.

**CONLEY, William Clyde**

**Pet. Docket No. 569, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.